UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    Case No.: CR-09-00469-DSF-19
                                )
                Plaintiff,      )
                                )
        vs.                     )    ORDER OF DETENTION AFTER HEARING
                                )    [Fed.R.Crim.P. 32.1(a)(6);
                                )     18 U.S.C. 3143(a)]
     Isabel Acosta              )
                Defendant.      )
_____)

        The defendant having been arrested in this District pursuant to

a  warrant  issued  by  the  United  States  District  Court  for  the

_____CD Cal_____ for alleged violation(s) of the terms and

conditions of his/her [probation] [supervised release]; and

        The  Court  having  conducted  a  detention  hearing  pursuant  to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    (✓)  The defendant has not met his/her burden of establishing by

        clear and convincing evidence that he/she is not likely to flee

        if released under 18 U.S.C. § 3142(b) or (c).  This finding is

        based on _no evidence by Δ; no info provided to PTS; no apparent_

1    residence; previous escape from custody

2

3

4    and/or

5  B.    ( ✓ The defendant has not met his/her burden of establishing by

6    clear and convincing evidence that he/she is not likely to pose

7    a danger to the safety of any other person or the community if

8    released under 18 U.S.C. § 3142(b) or (c). This finding is based

9    on: no evidence by D; prior criminal history

10

11

12

13

14    IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:    3/4/14

18

19                                    _____

20                                    RALPH ZAREFSKY
                                      UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28